IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-M-249

KHALED H. BENGHESHIR AND
ABUBAKER SASSI

    Plaintiffs(s),

v.

HEWLETT-PACKARD COMPANY and
FRED KARRES,

    Defendant(s).

---

## ORDER

---

    Pursuant to the pretrial conference, it is

    ORDERED that the trial is rescheduled to commence at 9:00 a.m. on December 7, 2005, with counsel present at 8:30 a.m. on the first day of trial, in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.

    DATED: November 4th, 2005

               BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge