IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-00249-RPM

KHALED H. BENGHESHIR AND
ABUBAKER SASSI

        Plaintiffs(s),

v.

HEWLETT-PACKARD COMPANY and
FRED KARRES,

        Defendant(s).

---

## ORDER

---

Pursuant to the Stipulation to Dismiss with Prejudice (Doc. #58), filed on

December 6, 2005, it is

ORDERED that the complaint and action are dismissed with prejudice, each

party to bear its own costs and attorney's fees.

DATED: December 7, 2005

                BY THE COURT:


                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge